**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6741**

———————

KEVIN JOHNSON,

Plaintiff - Appellant,

versus

DONALD R. GUILLORY, Chief Warden, Powhatan
Correctional Center; DAVID W. BARNES, Medical
Doctor, Powhatan Correctional Center; FRED
SCHILLING, Health Services Director, Virginia
Department of Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, District Judge.
(CA-96-1175-AM)

———————

Submitted: October 31, 1997        Decided: December 18, 1997

———————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin Johnson, Appellant Pro Se. Carlyle Randolph Wimbish, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Guillory, No. CA-96-1175-AM (E.D. Va. Apr. 9, 1997). We deny Appellant's motion for writ of contempt.[*] We also deny Appellant's motion for an order granting him unconditional in forma pauperis status. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Appellant's "Motion for Writ of Contempt" and supporting affidavits allege, among other things, that he has been denied access to his legal papers and to law books, which prevented him from adequately preparing his informal brief for this appeal. Since this motion was filed, however, Appellant has filed a supplemental brief which supports his position and contains thorough citations to legal authority. We have considered the supplemental brief, so Appellant's appeal has not been prejudiced by any lack of access to materials.

2